(134 So. 924)

### Trim SIMPSON v. STATE.
### 6 Div. 936.

Court of Appeals of Alabama.
May 5, 1931.

RICE, J.
Affirmed.

(137 So. 925)

### Dan SIMS v. STATE.
### 2 .Div. 486.

Court of Appeals of Alabama.
Nov. 3, 1931.

SAMFORD, J.
Appeal dismissed.

(134 So. 924)

### Edward R. SKINNER, Jr., v. STATE.
### 6 Div. 933.

Court of Appeals of Alabama.
May 5, 1931.

RICE, J.
Appeal dismissed.

(134 So. 924)

### Jim SLAUGHTER v. STATE.
### 8 Div. 313.

Court of Appeals of Alabama.
May 26, 1931.

BRICKEN, P. J.
Affirmed.

(134 So. 925)

### Finis SMALLWOOD v. STATE.
### 8 Div. 369.

Court of Appeals of Alabama.
May 26, 1931.

SAMFORD, J.
Affirmed.

(134 So. 925)

### John SMELLEY v. STATE.
### 6 Div. 607.

Court of Appeals of Alabama.
May 5, 1931.

RICE, J.
Appeal dismissed.

(137 So. 925)

### L. G. SMITH v. C. E. DORSEY, Adm'r, etc.
### 4 Div. 804.

Court of Appeals of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(133 So. 927)

### Boykin SMITH v. STATE.
### 5 Div. 815.

Court of Appeals of Alabama.
Dec. 16, 1930.

Rehearing Denied March 17, 1931.

RICE, J.
Affirmed.